377 A.2d 165

Commonwealth v. Brown, Appellant.

Submitted September 13, 1976. Lynne D. Miller and John W. Packel, Assistant Defenders, for appellant; Duane C. Felton, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.